1 | Rod Pacheco (SBN 112432)
  | rpacheco@pncounsel.com
2 | Brian Neach (SBN 242801)
  | bneach@pncounsel.com
3 | Pacheco & Neach, P.C.
  | 3 Park Plaza, Suite 120
4 | Irvine, CA  92614
5 | Tel.: 714-462-1700
  | Fax: 714-462-1785
6 | *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

INLAND EMPIRE WATERKEEPER, et al.,

Plaintiffs,

v.

COLUMBIA STEEL, INC., et al.,

Defendants.

Civil Case No. No. 8:20-cv-01062-FLA-ADS

*Hon. Fernando L. Aenlle-Rocha*
*Courtroom 6B*

**COLUMBIA STEEL, INC.'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT LLC**

**Date:** September 24, 2021
**Time:** 1:30 p.m

**Action Filed:** June 12, 2020
**First Am. Compl. Filed:** August 12, 2020

**Trial Date:** December 7, 2021

Pursuant to this Court's initial scheduling order (Doc. 25) and Federal Rule of Civil Procedure 56(c)(4), defendant Columbia Steel, Inc. respectfully submits the following evidentiary objections to evidence offered by Plaintiffs in support of their motion for partial summary judgment:

| Obj. # | Plaintiffs' Evidence | Evidentiary Objection |
|---|---|---|
| 1. | Decl. of Ray Hiemstra, Ex. A (Document 49-1, at 2-9) | The handwritten forms and notes are inadmissible hearsay. Fed. R. Evid. 802 |
| 2. | Decl. of Ray Hiemstra, Ex. A (Doc. 49-1, at 10-25) | Mr. Hiemstra is not a witness with personal knowledge of the lab reports and their preparation. (Fed. R. Civ. Proc. 56(c)(4), Fed. R. Evid. 602. The reports are also inadmissible hearsay. Fed. R. Evid. 802. |
| 3. | Decl. of Ray Hiemstra, Ex. B (Doc. 49-2, at 2-16) | Mr. Hiemstra is not a witness with personal knowledge of the lab reports and their preparation. (Fed. R. Civ. Proc. 56(c)(4), Fed. R. Evid. 602. The reports are also inadmissible hearsay. Fed. R. Evid. 802. |
| 4. | Decl. of Ray Hiemstra, Ex. B (Document 49-2, at 22-25) | The handwritten forms and notes are inadmissible hearsay. Fed. R. Evid. 802 |

COLUMBIA STEEL, INC.'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT LLC

| Obj. # | Plaintiffs' Evidence | Evidentiary Objection |
|---|---|---|
| 5. | Decl. of Ray Hiemstra, Ex. C (Doc. 49-3, at 2-21) | Mr. Hiemstra is not a witness with personal knowledge of the lab reports and their preparation.  (Fed. R. Civ. Proc. 56(c)(4), Fed. R. Evid. 602. The reports are also inadmissible hearsay. Fed. R. Evid. 802. |
| 6. | Decl. of Ray Hiemstra, Ex. C (Doc. 49-3, at 27-29) | The handwritten forms and notes are inadmissible hearsay. Fed. R. Evid. 802 |
| 7. | Decl. of Ray Hiemstra, Ex. D (Doc. 49-4, at 2-17) | Mr. Hiemstra is not a witness with personal knowledge of the lab reports and their preparation.  (Fed. R. Civ. Proc. 56(c)(4), Fed. R. Evid. 602. The reports are also inadmissible hearsay. Fed. R. Evid. 802. |
| 8. | Decl. of Ray Hiemstra, Ex. D (Doc. 49-4, at 23-25) | The handwritten forms and notes are inadmissible hearsay. Fed. R. Evid. 802 |
| 9. | Decl. of Ray Hiemstra, Ex. E (Doc. 49-5, at 5-8) | The handwritten forms and notes are inadmissible hearsay. Fed. R. Evid. 802 |
| 10. | Decl. of Ray Hiemstra, Ex. E (Doc. 49-5, at 9-29) | Mr. Hiemstra is not a witness with personal knowledge of the lab reports and their preparation.  (Fed. R. Civ. Proc. 56(c)(4), Fed. R. Evid. 602. The reports are also inadmissible hearsay. Fed. R. Evid. 802. |

COLUMBIA STEEL, INC.'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT LLC

| Obj. # | Plaintiffs' Evidence | Evidentiary Objection |
|---|---|---|
| 11. | Decl. of Ray Hiemstra, Ex. F (Doc. 49-6, at 2-4, 28-31) | The handwritten forms and notes are inadmissible hearsay. Fed. R. Evid. 802 |
| 12. | Decl. of Ray Hiemstra, Ex. F (Doc. 49-6, at 6-24, 33-51) | Mr. Hiemstra is not a witness with personal knowledge of the lab reports and their preparation. (Fed. R. Civ. Proc. 56(c)(4), Fed. R. Evid. 602. The reports are also inadmissible hearsay. Fed. R. Evid. 802. |
| 13. | Decl. of Ray Hiemstra, Ex. H (Doc. 49-8 at 5-8) | The handwritten forms and notes are inadmissible hearsay. Fed. R. Evid. 802 |
| 14. | Decl. of Ray Hiemstra, Ex. H (Doc. 49-8 at 9-29) | Mr. Hiemstra is not a witness with personal knowledge of the lab reports and their preparation. (Fed. R. Civ. Proc. 56(c)(4), Fed. R. Evid. 602. The reports are also inadmissible hearsay. Fed. R. Evid. 802. |
| 15. | Decl. of Kurt Anderson, Par. 21:<br><br>"Based on these concerns regarding metal toxicity and sedimentation on freshwater ecology of the Rialto Channel and Santa Ana River, I am concerned about the elevated levels of pollutants from the Columbia Steel, Inc. facility, which I understand to be discharging storm water into the Rialto Channel and Santa Ana River in levels that exceed allowable limits set in their storm water permit." | Lack of foundation; calls for speculation. (Fed. R. Civ. Proc. 602.) |

| Obj. # | Plaintiffs' Evidence | Evidentiary Objection |
|---|---|---|
| 16. | Decl. of Kurt Anderson Par. 24:<br><br>"My enjoyment and use of the Rialto Channel and Santa Ana River is harmed by Columbia Steel's failure to control such pollutants. If industrial facilities such as the Columbia Steel facility complied with their permit, particularly with respect to controlling metals and sediment, the species that I both study and enjoy would have a greater chance of survival." | Lack of foundation; calls for speculation. (Fed. R. Civ. Proc. 602.) |
| 17. | Decl. of Esther Julier Par. 22:<br><br>"I enjoy observing insects and other fauna along the River. Metals that are discharged by the Defendant, as represented in the analytical sample results I have reviewed from the facility for the years of 2016 to 2021, contribute to the decline in the water quality and can negatively impact insects, fish, and other animals in the area. The native ground bee species halictus ligatus, among others, depends on flowers in the river bed because much of the surrounding areas are dry and without flowers in summer. However, metals discharged into the water are absorbed by the local flora and move into the nectar and pollen. This in turn transfers to bees when they feed, which has been shown to have negative effects on the bee health. For example, toxic metals taken up through feeding on plants have been shown to kill honey bee larvae. Insects are very low on the food chain, and their decline inevitably is detrimental to larger fauna as well as flora." | Lack of foundation; calls for speculation. (Fed. R. Civ. Proc. 602.) |
| 18. | Decl. of E. Julier Par. 23:<br><br>"I have reviewed storm water sampling reports, as reported by Columbia Steel Inc, to the statewide database, and field reports and laboratory reports from Waterkeeper investigations, and I am aware . . . " | Lack of foundation; calls for speculation. (Fed. R. Civ. Proc. 602.) |
| 19. | Decl. of E. Julier Par. 24:<br><br>"Low pH levels discharged by the Defendant also concern me because this can result in the leaching of metals." | Lack of foundation; calls for speculation. (Fed. R. Civ. Proc. 602.) |

COLUMBIA STEEL, INC.'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT LLC

| Obj. # | Plaintiffs' Evidence | Evidentiary Objection |
|---|---|---|
| 20. | Decl. of E, Julier Par. 28:<br><br>"…The runoff, as indicated from the analytical sample results I reviewed from Columbia Steel, contains chemicals that are not readily observable to the human eye." | Lack of foundation; calls for speculation. (Fed. R. Civ. Proc. 602.) |
| 21. | Decl. of E. Julier Par. 29:<br><br>"My enjoyment of the Santa Ana River is negatively impacted knowing that industrial pollution from Defendant's facility, which is upstream of the areas I enjoy, and similar facilities who pollute in excess of permit limits is harmful to people and wildlife." | Lack of foundation; calls for speculation. (Fed. R. Civ. Proc. 602.) |
| 22. | Decl. of Anna Sanchez Par. 9:<br><br>"My time spent working to preserve the environment and protect underserved communities has led me to realize that everything is connected. Protecting environmental health is protecting human health and vice versa." | Lack of foundation; calls for speculation. (Fed. R. Civ. Proc. 602.) |
| 23. | Decl. of Anna Sanchez Pars. 19-21 | Lack of foundation; calls for speculation. (Fed. R. Civ. Proc. 602.) |

DATED: August 27, 2021

**Pacheco & Neach, P.C.**

/s/ Brian Neach
Rod Pacheco
Brian Neach

*Attorneys for Defendants*